IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON P. TAYLOR                                                                                           PLAINTIFF

V.                                   CASE NO. 2:20-CV-29-JM-BD

PATRICIA SNYDER                                                                                      DEFENDANT

## RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Taylor may file written objections if he disagrees with the findings or conclusions set out in the Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Taylor may waive any right to appeal questions of fact.

II.  **Discussion:**

Jason P. Taylor, an inmate in the Arkansas County Detention Center (Detention Center), filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Mr. Taylor filed an *in forma pauperis* (IFP) application, but he did not include a jail account information sheet signed by an authorized official. (Doc. No. 1) In his motion, Mr. Taylor indicated that Detention Center officials had refused to complete the jail account information sheet.

The Court denied Mr. Taylor's motion to proceed IFP and instructed Mr. Taylor to promptly notify the Court if Detention Center officials continued to refuse to provide his account information. (Doc. No. 3) The Court ordered Mr. Taylor to address his filing fee requirement by filing a complete IFP application or by paying a $400 fee within thirty days of February 11, 2020. The Court specifically cautioned Mr. Taylor that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed.

As of this date, Mr. Taylor has not filed a complete IFP application, paid the filing fee, or notified the Court that Detention Center officials refused to sign his jail account information sheet. The time allowed for Mr. Taylor to respond to the Court's February 11 Order has expired.

### III.   Conclusion:

The Court recommends that Mr. Taylor's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 11, 2020 Order and his failure to prosecute this lawsuit.

DATED this 18th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE