# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JASON P. TAYLOR                                                              PLAINTIFF

V.                      CASE NO. 2:20-CV-29-JM-BD

PATRICIA SNYDER                                          DEFENDANT

## ORDER

The Court has received a Recommendation for dismissal, filed by Magistrate Judge Beth Deere. Mr. Taylor filed objections stating that the "jail has refused to fill out" his *in forma pauperis* application. The Court granted the Plaintiff additional time to submit the documents and directed the Order be provided to the jail administrator. Plaintiff has failed to submit the required application. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Taylor's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's February 11, 2020 and March 30, 2020 Orders and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 29th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE