# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASON P. TAYLOR**                                                                         **PLAINTIFF**

**V.**                  **CASE NO. 2:20-CV-29-JM-BD**

**PATRICIA SNYDER**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE